NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TRANSPORT TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY,**
*Appellee*

———————————

2018-1412

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01077.

———————————

**JUDGMENT**

———————————

DANIEL J. WEINBERG, Freitas & Weinberg LLP, Redwood City, CA, argued for appellant. Also represented by ROBERT E. FREITAS, KAYLA ANN ODOM.

ROBERT AUCHTER, McKool Smith, P.C., Washington, DC, argued for appellee.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 9, 2019 /s/ Peter R. Marksteiner
Date            Peter R. Marksteiner
                     Clerk of Court